UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN QUILES and JANETTE QUILES Individually )
and as Mother and Natural Guardian for J.L.Q., a )
minor, J.A.Q., a minor )
and MICHAEL J. BALANOFF, as Trustee in ) Case: 3:10-cv-747 (TJM/DEP)
Bankruptcy of Jonny Quiles, a/k/a John Quiles, )
)
    Plaintiffs, ) **STIPULATION OF DISMISSAL**
)
    -against- )
)
BRADFORD-WHITE CORPORATION, MTD )
PRODUCTS INC., TSC INDUSTRIES, INC., )
TRACTOR SUPPLY COMPANY and )
KOHLER CO., )
)
    Defendants. )

---

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto, as no party hereto is an infant or incompetent, that the above-captioned action be and the same is hereby dismissed with prejudice but without interest or costs to any party.

Dated: 16th day of August, 2012

By: _____
    Andrew Maloney, III Esq.
    Therese Stevens Loucks, Esq.
    Kreindler & Kreindler LLP
    750 Third Avenue
    New York, New York 10017

*Attorneys for Plaintiffs*

By: _____
    Robert Wright, Esq.
    Rafael Vergara, Esq.
    White and Williams LLP
    One Penn Plaza
    250 W. 34th Street, Suite 4110
    New York, NY 10119

*Attorneys for Defendant*
*Bradford-White Corporation*

By: _____
Peter A. Holdsworth, Esq.
Wegman Hessler & Vanderburg LPA
6055 Rockside Woods Blvd., Suite 200
Cleveland, Ohio 44131
(216) 642-3342

By: _____
Peter C. Contino, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000